# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-0291-REB-PAC

THOMAS O.C. RAND,

    Plaintiff,

v.

ROBERT S. VARGA,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On October 17, 2005, the parties filed a **Stipulation for Dismissal With Prejudice** [#17]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#17], filed on October 17, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**;

3. That each party shall pay his own attorney fees and costs;

4. That the Trial Preparation Conference set for December 15, 2006, is **VACATED**; and

5.  That the jury trial set to commence December 18, 2006, is **VACATED**.

Dated October 18, 2005, at Denver, Colorado.

                            BY THE COURT:

                            s/ Robert E. Blackburn
                            Robert E. Blackburn
                            United States District Judge